# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT ALLEN BITTINGER,** | : | |
| Petitioner | : | |
| | : | No. 1:20-cv-521 |
| v. | : | |
| | : | (Judge Rambo) |
| **THERESA DELBALSO,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 30th day of September 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

2. A certificate of appealability will not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo<br>
United States District Judge